UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Stephen Giannaros

    Plaintiff

    v.                               CIVIL ACTION NO. 1:21-10494-RGS

Winc, Inc.

    Defendant

## SETTLEMENT ORDER OF DISMISSAL

STEARNS, D.J.

The court having been advised on May 27, 2021, that the above-entitled action has settled:

It is ORDERED that this action is hereby dismissed, without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within (30) days if settlement is not consummated.

By the court,

Dated: May 28, 2021

/s/ Arnold Pacho
Deputy Clerk